# EXHIBIT A


**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

Rashad Blossom
Direct: (205) 521-8344
Fax: (205) 488-6344
rblossom@babc.com

March 17, 2010

**VIA EMAIL ONLY**

Nick Wooten, Esq.
P.O. Box 3389
Auburn, AL 36831-3389
nhwooten@gmail.com

      RE:    Strickland v. Household Finance Corporation of Alabama et al., Adv. No. 09-1080

Dear Nick:

    This letter confirms that the parties have agreed to allow the defendants until March 31, 2010 to respond to the plaintiffs' discovery requests. We have communicated this extension to our clients and fully intend to have the responses to you by the new deadline. If, for whatever reason, we are unable to get the responses to you by March 31st, I will contact you before then to discuss the matter. I very much appreciate your courtesy and hope that I can return the favor in the near future.

    Also, as we discussed, please provide me with a reasonable settlement offer at your earliest convenience – ideally, within the next week. I am sure you agree that it would be in the best interest of all parties if we could resolve this case without exhausting the costly discovery process and proceeding to trial.

    Finally, please provide with a range of dates in the month of April during which you and your clients would be available for a deposition. I will then forward those dates to our clients so that we can come up with a date that is mutually convenient.

    Again, thank you for your generosity, and I look forward to working with you on this case.

                                  Very truly yours,

                                  Rashad Blossom

RLB

1/2013243.1

One Federal Place 1819 Fifth Avenue North Birmingham, AL 35203-2119 PHONE: 205.521.8000 FAX: 205.521.8800 BABC.COM