# EXHIBIT B

**Subject:** Strickland v. HSBC
**From:** "Blossom, Rashad" <rblossom@babc.com>
**Date:** Tue, 30 Mar 2010 16:13:50 -0500
**To:** "'nhwooten@gmail.com'" <nhwooten@gmail.com>

Nick,

Thanks for the discovery extension to April 6. I all but guarantee that we will have written responses to you by then. In the meantime, I await a demand from you. Also, we will communicate April 9, 12 and 16 to the client as proposed deposition dates.

Thanks,



**Rashad Blossom**
*Attorney*

**Phone** 205-521-8344
**Fax** 205-488-6344
**Email** rblossom@babc.com

**One Federal Place**
1819 Fifth Avenue North
Birmingham, AL 35203-2119

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.