# EXHIBIT C

Nicholas H. Wooten

**WOOTEN LAW FIRM, P.C.**

Telephone:
(334) 887-3000

Email:
nhwooten@gmail.com

P.O. Box 3389
Auburn, Alabama 36831

Facsimile:
(334) 821-7720

PHYSICAL ADDRESS:
1702 Catherine Court, Suite 2-D
Auburn, Alabama 36830

April 20, 2010

**VIA EMAIL ONLY**

Rashad Blossom
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
rblossom@babc.com

   In re: Strickland v HSBC, In the Bankruptcy Court for the Middle District of Alabama

Dear Rashad,

Please allow this letter to confirm our conversation yesterday regarding your client's responses to the Plaintiff's discovery in this matter. As I related to you on the phone, the answers provided to this discovery are simply non-responsive. During our conversation you assured me you would provide the relevant documents in the case by April 21, 2010.

Because of the time deadlines we are under if I did not receive responsive answers and the requested documents by April 23, 2010 I will have no choice but to file a motion to compel which will likely lead to an extension of the discovery cutoff in this case but could lead to sanctions against your client. As I expressed to you during our talk it is not my desire to have to seek Court intervention. I am unable to predict what Judge Williams ruling might be should a motion to compel become necessary in this case. Therefore, I must protect my client against the possibility of negative consequences to their case as a result of your client's failure to cooperate in discovery. Also, we discussed the fact that I can make myself available to take your client's deposition on either the afternoon of April 27, May 3, 5th or 6th to complete your client's deposition within the time allotted by the Court. Please confirm in writing which of those dates would work with your client to take this deposition in Birmingham at your offices.

Also, you asked me to make a demand in this case as well. Because the violations in this case are clear and because of the serious nature of the violations I believe it is in your client's best interest to resolve this case now. To that end, my demand in this case is as follows: